**PETERSON WATTS LAW GROUP, LLP**
GLENN W. PETERSON, ESQ. (SBN 126173)
gpeterson@petersonwatts.com
LEONARDO SANDOVAL, ESQ. (SBN 333366)
lsandoval@petersonwatts.com
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff,
*One Source LED Lighting, LLC*

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>MARK RAYMOND JOHNSON<br><br><br>Debtor.<br>_____<br>ONE SOURCE LED LIGHTING, LLC,<br>a California Limited Liability Company;<br>BARBARA WALDRON,<br><br>Plaintiff<br>v.<br>MARK RAYMOND JOHNSON<br><br>Defendant. | Case No. 22-20732-C-7<br><br>Adversary Case No. 22-02035-C<br><br><br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

-1-

The Court, having considered the parties' Joint Stipulation to Amend Scheduling Order and good cause appearing therefore, ORDERS as follows:

The October 5, 2022, Court Scheduling Order (Docket No. 14) is amended as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Initial disclosure deadline | n/a | n/a |
| Deadline to join parties and amend pleadings | n/a | n/a |
| Close of Discovery | January 11, 2023 | July 11, 2023 |
| Close of Expert Discovery | n/a | n/a |
| Dispositive motions | January 18, 2023 | July 18, 2023 |
| Pretrial statements | February 17, 2023 | August 17, 2023 |
| Pretrial conference | March 8, 2023, at 1:30 p.m. | September 20, 2023, at 1:30 p.m. |

IT IS SO ORDERED

Dated: November 22, 2022

_____
United States Bankruptcy Judge

-2-

[PROPOSED] ODER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER